DANIEL J. BRODERICK, Bar #89424
Federal Defender
VICTOR M. CHAVEZ, Bar #113752
Assistant Federal Defender
Designated Counsel for Service
2300 Tulare Street, Suite 330
Fresno, California 93721-2226
Telephone: (559) 487-5561

Attorney for Defendant
ELOY CHAVEZ-LOVIANO

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 1:10-cr-0009 LJO |
| Plaintiff, | DEFENDANT'S STIPULATION TO CONTINUE STATUS CONFERENCE HEARING AND ORDER THEREON |
| v. | |
| ELOY CHAVEZ-LOVIANO, | DATE: January 7, 2011 |
| | TIME: 9:00 a.m. |
| Defendant. | JUDGE: Honorable Lawrence J. O'Neill |

**IT IS HEREBY STIPULATED** by and between the parties through their respective counsel, Assistant United States Attorney Susan Phan, Counsel for Plaintiff, and Assistant Federal Defender Victor M. Chavez, Counsel for Defendant Eloy Chavez-Loviano, that the hearing currently set for December 17, 2010 **may be rescheduled to January 7, 2011 at 9:00 a.m.**

The defense proposes this stipulation is to allow defendant additional time to consider the government's offer and to discuss it with his family. The requested continuance will conserve time and resources for both counsel and the court.

The parties agree that the delay resulting from the continuance shall be excluded in the interests of justice herein and for effective defense preparation pursuant to 18 U.S.C. §§ 3161(h)(7)(A) and 3161(h)(7)(B)(i) and (iv).

///

BENJAMIN B. WAGNER

///

United States Attorney

Dated: December 15, 2010

/s/ *Susan Phan*
SUSAN PHAN
Assistant United States Attorney
Attorney for Plaintiff

DANIEL J. BRODERICK
Federal Defender

Dated: December 15, 2010

/s/ *Victor M. Chavez*
VICTOR M. CHAVEZ
Assistant Federal Defender
Attorneys for Defendant
Eloy Chavez-Loviano

## ORDER

**Good cause exists for the requested continuance by stipulation.**

　　　　　　　IT IS SO ORDERED.

**Dated:    December 15, 2010**　　　　　　　/s/ Lawrence J. O'Neill
　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE